SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S PROPOSED EXHIBITS IN MURRAY V. MIRON, 11 CV 629 (JGM)

7/23/14 – On June 19, 2014, the parties filed their Joint Trial Memorandum (Dkt. #121)["JTM"], in which plaintiff listed 123 proposed exhibits (Exh. 29 is blank). (At 35-63). For forty-eight of these exhibits (nearly 40% of all the exhibits), defendant reserves his right to object either because the document had been newly disclosed by plaintiff or was unfamiliar to defendant. More than one month has passed since the filing of the JTM, and trial is set to begin in slightly more than two weeks, on August 11, 2014. (Dkt. #114). Defendant has had more than adequate time to review these forty-eight exhibits and it is time for him to supplement his responses.

Accordingly, **on or before July 28, 2014**, defendant shall indicate whether he does not object, or whether he does object and for what reason, with respect to the following exhibits: Nos. 4, 5, 7, 8, 14, 18, 22, 28, 49, 53, 55, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 68, 76, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 93, 94, 95, 96, 98, 99, 101, 103, 119, 120, 123 and 124.